UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ELECTROWEB MEDIA, INC.,
and JASON GILSTRAP,                    )
                                       )
                *Plaintiff*,           )
v.                                     )         No. 1:02-CV-133
                                       )
MYCASHNOW.COM, INC.,                   )         Chief Judge Curtis L. Collier
                                       )
                *Defendant*.           )

# O R D E R

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 76). Neither party filed objections within the given ten (10) days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** Carey Brown's motion to quash service of process (Court File No. 48) is **DENIED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**